2008R1421/RCV

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.09-cr-086 |
| | : | |
| v. | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. §§ 841(a)(1) and |
| DURRELL SMITH, | : | (b)(1)(C) |
|   a/k/a "Rel" | : | 18 U.S.C. § 2 |
| ALEX LOPEZ, | : | |
|   a/k/a "Cock-n-Squeeze," | : | |
|   a/k/a "Cuba" | : | |
| WALEED WHEELER, | : | |
|   a/k/a "Walik" | : | |
| ANTONIO R. ORTIZ, | : | |
|   a/k/a "Blue" | : | |
| TERRANCE MILLS, | : | |
|   a/k/a "Taddow" and | : | |
| MICHAEL C. DANIELS | : | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Rodney Villazor, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed as to defendant Michael C. Daniels; and for good cause shown,

IT IS ON this 27th day of February, 2009,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

/s/ Katharine S. Hayden

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE