UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-086 (KSH)**

UNITED STATES OF AMERICA v. **Michael Daniels**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. **Michael Daniels, FBI# 86410VA8, DOB: ▉▉▉▉▉▉▉, SBI: 951304B** is now confined in Essex County Jail.

2. **Michael Daniels, FBI# 86410VA8, DOB: ▉▉▉▉▉▉▉, SBI: 951304B** will be required at the United States District Court in Newark, New Jersey on Monday, November 9, 2009, at 3:00 p.m. for Arraignment before the Honorable Katharine S. Hayden in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   October 27, 2009          /s/ Rodney Villazor
                                   Rodney Villazor
                                   Assistant United States Attorney
                                   Petitioner - (973)645-2823

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 10/28/09                    _____
                                   HON. KATHARINE S. HAYDEN
                                   UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail.
We Command You that you have the body of **Michael Daniels, FBI# 86410VA8, DOB: ▉▉▉▉▉▉▉, SBI: 951304B** (by whatever name called or charged) now confined in Essex County Jail brought to the United States District Court in Newark, New Jersey on Monday, November 9, 2009, at 3:00 p.m. for Arraignment in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
        United States District Judge at Newark, N.J.

DATED: 10/28/09                    WILLIAM T. WALSH
                                   Clerk of the U.S. District Court
                                   for the District of New Jersey

                               Per: _____
                                    Deputy Clerk