UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : 
: Hon. Katharine S. Hayden
v. :
: No. 09-cr-086
:
MICHAEL DANIELS : ORDER FOR CONTINUANCE

An indictment charging defendant Michael Daniels (Richard Roberts, Esq. appearing) with conspiracy and possession with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846, having been filed on February 11, 2009; and defendant Michael Daniels having been represented by Richard Roberts, Esq.; and no bail having been set by the Court; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on these charges, pursuant to Title 18, United States Code, Section 3161(b); and defendant Michael Daniels having been represented by the undersigned defense counsel appearing before the Court on November 9, 2009 for an arraignment; and no continuances having previously been granted as to Michael Daniels pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity

to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this _____ day of November, 2009

ORDERED that from the date this Order is entered, to and including January 11, 2010, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate a plea in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Richard Roberts, Esq.
Counsel for Michael Daniels

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge