UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-086 (KSH)**

UNITED STATES OF AMERICA v. **Michael Daniels**
                                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Michael Daniels, FBI# 86410VA8, DOB:** ████████, **SBI: 951304B** is now confined in Essex County Jail.

2. **Michael Daniels, FBI# 86410VA8, DOB:** ████████, **SBI: 951304B** will be required at the United States District Court in Newark, New Jersey on Monday, November 30, 2009, at 10:30 a.m. for a Bail Hearing before the Honorable Katharine S. Hayden in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  November 24, 2009       /s/ Rodney Villazor
                                Rodney Villazor
                                Assistant United States Attorney
                                Petitioner - (973)645-2823

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 11/24/09                 [signature]
                                HON. KATHARINE S. HAYDEN
                                UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail.
We Command You that you have the body of **Michael Daniels, FBI# 86410VA8, DOB:** ████████, **SBI: 951304B** (by whatever name called or charged) now confined in Essex County Jail brought to the United States District Court in Newark, New Jersey on Monday, November 30, 2009, at 10:30 a.m. for a Bail Hearing in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
        United States District Judge at Newark, N.J.

DATED: 11/24/09                 WILLIAM T. WALSH
                                Clerk of the U.S. District Court
                                for the District of New Jersey

                                Per: [signature]
                                     Deputy Clerk