UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Katharine S. Hayden |
| v. | : Criminal No. 09-cr-086 |
| MICHAEL C. DANIELS | : <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Counts One and Three of the Indictment, Criminal No. 09-086, against defendant Michael C. Daniels charging the defendant with knowingly and intentionally conspiring and distributing and possessing with intent to distribute a quantity of heroin, in violation of Title 21, United States Code, Sections 841(a) and 846, because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. KATHARINE S. HAYDEN
United States District Judge

Dated: August ___, 2010.